UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

        Plaintiff,

v.

ROCIO LOPEZ; and Does 1-10,

        Defendant.

Case No. CV 19-08361-AB (FFMx)

**ORDER DISMISSING CIVIL ACTION**

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

      This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 22, 2020     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE